**Dated: May 31, 2006**
**The following is ORDERED:**



_____
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**STEVEN MICHAEL GOSS**,  Case No. 05-70374
Chapter 7

Debtor.

**TODD BOWLES AND MISTY BOWLES,**

Plaintiffs,

vs.  Adv. No. 05-7087

**STEVEN MICHAEL GOSS,**

Defendant.

### J U D G M E N T

This judgment is rendered pursuant to the Order entered herein on May 31, 2006, in the United States Bankruptcy Court for the Eastern District of Oklahoma and Rule 9021(a), Fed. R. Bankr. P.

06-043  EOD 5/31/06 by cc

IT IS ORDERED, ADJUDGED AND DECREED that the debt consisting of the judgment awarded in Case No. S-CJ-01-127, by the District Court of Seminole County, State of Oklahoma, and filed therein on April 21, 2006, to Plaintiff Todd Bowles in the amount of $670,502.48, to Plaintiff Misty Bowles in the amount of $75,734.76, and to both Plaintiffs in the amount of $14,155.10, for a total of $760,392.34 plus post judgment interest from February 4, 2005, is **nondischargeable** pursuant to 11 U.S.C. § 523(a)(6).

# # #